UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

JACOB S. BROWN,

Plaintiff,

v.

COMM. SHERYL RAMSTAD-HVASS, DEPT. OF CORRECTIONS; WARDEN DAVID CRIST; IND. DIR. JOHN GALZKI; PROG. DIR. LINDA HARDER; PROG. DIR. MARY MCCOMB; HEARING OFF. PETE BJURSTROM; R.N. SUPVR. CHERYL HAGEN; LT. MICHAEL SEATH; LT. MICHELLE SMITH; LT. ROBERT CRAIG; IND. SUPVR. WAYNE GUTTSEN; LABTECH PAT WENDELL; CHRIS CEMAN, M.D.; CMS PHIL JACKSON; CSC TRACY HOSKING; OMBUDSMAN DAVID LARSON; ALL IN THEIR OFFICIAL AND INDIVIDUAL CAPACITIES,

Defendants.

Civil No.01-726 (RHK/ESS)

**ORDER**

Based upon the Report and Recommendation by United States Magistrate Judge E. S. Swearingen dated February 1, 2002, all the files and records, and no objections having been filed to said Recommendation,

**IT IS HEREBY ORDERED**:

1. That Plaintiff's Motion for a Temporary Restraining Order is DENIED on the ground that it is not ripe for adjudication. [Docket No. 28].

DATED: 2/25, 2002.

RICHARD H. KYLE
United States District Judge

FEB 25 2002
FILED ______
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______